UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVEVIDEO NETWORKS, INC., | No. C-13-1980 EMC |
| Plaintiff, | |
| v. | **ORDER RE SUR-REPLY** |
| TRANS VIDEO ELECTRONICS, LTD., | **(Docket No. 8)** |
| Defendant. _____/ | |

Defendant Trans Video Electronics, Ltd. ("TVE") has filed a motion to dismiss based lack of subject matter jurisdiction and lack of personal jurisdiction. In its reply brief, TVE has now offered what appears to be a covenant not to sue. *See* Djurovich Decl. ¶ 20. Because Plaintiff ActiveVideo Networks, Inc. ("AV") has not been given an opportunity to comment on the covenant not to sue, the Court hereby orders AV to file a sur-reply, limited to the issue of the covenant not to sue – in particular, what impact that covenant has on subject matter jurisdiction. The sur-reply shall be filed within one week of the date of this order.

IT IS SO ORDERED.

Dated: July 30, 2013

_____
EDWARD M. CHEN
United States District Judge